UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDUARDO FERNANDEZ,

Plaintiff,

- against -

KATHY SHORE NURSERY, LLC, ET AL.,

Defendants.

26-cv-7885 (JGK)

Order

John G. Koeltl, District Judge:

The parties are ordered to submit a Rule 26(f) Report by **November 4, 2026.**

SO ORDERED.

Dated: New York, New York
October 20, 2026

John G. Koeltl
United States District Judge